In the Matter of MORRIS P. PALEY, an Attorney, Appellant.

THOMAS E. DEWEY, as District Attorney of the County of New York, Respondent.

Argued April 11, 1938; decided April 12, 1938.

*Thomas E. Dewey,* District Attorney (*Charles G. Daley* of counsel) for motion.

*Harold H. Corbin,* opposed.

Motion granted and appeal dismissed.